UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

VALERIE KING, as parent and natural
guardian of X. R., a minor,                                              PLAINTIFF

v.                                                       CIVIL ACTION NO. 1:15-cv-00106-CRS

AMANDA KING and DENNIE KING,                                     DEFENDANTS

**ORDER**

Under Fed. R. Civ. P. 4(m), the Court provides notice that it will dismiss the action as to Defendant Amanda King if the plaintiff does not provide an affidavit certifying that she timely served this defendant.

Valerie King must file this affidavit with the Court or show good cause for the failure to timely serve this defendant before **June 14, 2016**.

**IT IS SO ORDERED.**

May 25, 2016

Charles R. Simpson III, Senior Judge
United States District Court