UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

VALERIE KING, as Parent and Natural  
Guardian of X. R., a Minor,  
    Plaintiff

KENTUCKY FARM BUREAU MUTUAL  
INSURANCE COMPANY  
    Intervening Plaintiff

v.

AMANDA KING and  
DENNIE KING,  
    Defendants

ELECTRONICALLY FILED

NO. 1:15-cv-106-CRS

## PLAINTIFF'S RESPONSE TO
## INTERVENING PETITION FOR DECLARATION OF RIGHTS

Comes now the Plaintiff, Valerie King, as Parent and Natural Guardian of X. R., a Minor, and for her response to Kentucky Farm Bureau Mutual Insurance Company's Intervening Petition for Declaration of Rights, states as follows:

1. The Plaintiff admits the allegations in paragraph 1 as to Dennie King, and is without knowledge as to the allegations regarding Amanda King.

2. The Plaintiff admits the allegations in paragraph 2.

3. The Plaintiff admits the allegations in paragraph 3.

4. The Plaintiff admits the allegations in paragraph 4.

5. The Plaintiff admits the allegations in paragraph 5.

6. The Plaintiff lacks sufficient knowledge with which to respond to the allegations in paragraph 6.

7. The Plaintiff admits the allegations in paragraph 7.

8. The Plaintiff lacks sufficient knowledge with which to respond to the allegations in paragraph 8.

9. The Plaintiff lacks sufficient knowledge with which to respond to the allegations in paragraph 9.

10. The Plaintiff lacks sufficient knowledge with which to respond to the allegations in paragraph 10.

11. The Plaintiff lacks sufficient knowledge with which to respond to the allegations in paragraph 11.

12. The Plaintiff lacks sufficient knowledge with which to respond to the allegations in paragraph 12.

13. The Plaintiff admits the allegations in paragraph 13.

14. The Plaintiff lacks sufficient knowledge with which to respond to the allegations in paragraph 14.

15. The Plaintiff lacks sufficient knowledge with which to respond to the allegations in paragraph 15.

16. The Plaintiff lacks sufficient knowledge with which to respond to the allegations in paragraph 16.

## **AFFIRMATIVE DEFENSES**

17. The Intervening Complaint fails to state a claim upon which relief may be granted.

18. Upon completion of her discovery, investigation and otherwise, the Plaintiff reserves the right to assert such additional defenses as may be appropriate.

Wherefore, the Plaintiff, Valerie King, as Parent and Natural Guardian of X. R., a Minor, prays the Intervening Plaintiff take nothing by way of its Petition and for all other proper relief.

s/ George A. Budd, V
George A. Budd, V
Attorney for Plaintiff
SCHAD & SCHAD, P.C.
223 East Spring Street
New Albany, IN  47150
Phone:   (812) 945-4555
Fax:       (812) 945-5335
E-mail:   gbudd@schadlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 25th, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Paul T. Lawless
Lucas W. Humble
BELL, ORR, AYERS & MOORE, P.S.C.
lawless@boamlaw.com / humble@boamlaw.com

Craig Cox
John C. Miller
BERTRAM, COX & MILLER, LLP
craig@bcmllp.com
johnm@bcmllp.com

Notice has been given to the following parties who have not yet registered via ECF by sending a copy via regular mail postage pre-paid to:

Amanda King
P. O. Box 308
Liberty, KY  42539

s/ George A. Budd, V
George A. Budd, V
