UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

VALERIE KING, as Parent and Natural
Guardian of X. R., a Minor,
    Plaintiff

ELECTRONICALLY FILED

v.

NO. 1:15-cv-106-CRS

AMANDA KING and
DENNIE KING,
    Defendants

## DECLARATION OF COUNSEL

Comes now counsel for Valerie King, as Parent and Natural Guardian of X.R., a Minor, and respectfully declares to the Court as follows:

1.    Within the last week, my office has been made aware of 2 additional addresses where Defendant, Amanda King, may currently reside.

2.    Based on the receipt of that information, my office has made an additional attempt to serve Ms. King.

3.    As of the filing of this Declaration, it is unknown whether Ms. King has been served.

WHEREFORE, counsel for Valerie King, as Parent and Natural Guardian of X.R., a Minor, hereby submits this Declaration of Counsel regarding service of Amanda King.

        <u>s/ George A. Budd, V</u>  
        George A. Budd, V  
        Attorney for Plaintiff  
        SCHAD & SCHAD, P.C.  
        223 East Spring Street  
        New Albany, IN  47150  
        Phone:   (812) 945-4555  
        Fax:       (812) 945-5335  
        E-mail:   gbudd@schadlaw.com  

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Paul T. Lawless  
Lucas W. Humble  
BELL, ORR, AYERS & MOORE, P.S.C.  
lawless@boamlaw.com / humble@boamlaw.com  


Craig Cox  
John C. Miller  
BERTRAM, COX & MILLER, LLP  
craig@bcmllp.com  
johnm@bcmllp.com  

Notice has been given to the following parties who have not yet registered via ECF by sending a copy via regular mail postage pre-paid to:

Amanda King  
1005 N. Old Ottenheim Road      and    487 Mahr Road  
Standford, KY  40484                           Waynesburg, KY  40489  


        <u>s/ George A. Budd, V</u>  
        George A. Budd, V